UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN L. BROWN,<br><br>           Petitioner<br><br>     v.<br><br>RICHARD B. IVES,<br><br>           Respondent. | Case No. EDCV 14-2305-SVW (GJS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: November 3, 2015

_____

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE